E-FILED
Thursday, 07 November, 2024 10:16:12 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AVANTI'S DOME, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-01303-JES-JEH |
| v. | ) | |
| | ) | |
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | *Removed from the Circuit Court of* |
| Defendant. | ) | *Tazwell County, Case No. 23-LA-51* |
| | ) | |

**STIPULATION FOR DISMISSAL**

Come now, Plaintiff, AVANTI'S DOME, LLC, and Defendant, GREAT LAKES INSURANCE SE, through their respective undersigned counsel, and hereby stipulate and agree that they have fully compromised, settled and released all causes herein, and that this action may be dismissed with prejudice, costs having been paid by the respective parties.

**DATED** this 7th day of November, 2024.

Respectfully submitted,

**AVANTI'S DOME, LLC,**

By: /s/ Jonathan A. Stump
Jonathan A. Stump
QUINN JOHNSTON
227 N.E. Jefferson Street
Peoria, IL 61602
Phone No. (309) 674-1133
Fax No. (309) 674-6503
Email: JStump@quinnjohnston.com
COUNSEL FOR PLAINTIFF

**GREAT LAKES INSURANCE SE,**

By: /s/ Isaac R. Melton
Isaac R. Melton, Esq.
HEPLER BROOM, LLC
70 W. Madison St., Ste. 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: isaac.melton@heplerbroom.com
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on this 7th of November 2024, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan A/ Stump / JStump@quinnjohnston.com

By: /s/ Isaac R. Melton